

Wednesday, September 24, 2014

No. 14–0038/AF. U.S. v. Kevin A. Slagle. CCA 38087. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 14, 2014.

No. 14–8014/AF. U.S. v. Mark K. Arness. CCA 2013–30. Appellant's motion to file a reply brief denied.

No. 15–0002/AR. U.S. v. Donna M. Maxson. CCA 20120578. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including October 8, 2014*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 15–0051/AF. U.S. v. Franklin G. U. Cruz. CCA 38296. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 14, 2014.

